| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA:  Nicholas McIntyre<br>Special Agent:  Kenton Weston | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Albert Egnis | Case No.  Case: 2:26−mj−30105<br>Assigned To : Unassigned<br>Assign. Date : 2/26/2026<br>Description: CMP USA V. SEALED (DJ) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 31, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Kenton Weston, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 26, 2026__

_Judge's signature_

City and state:  Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Kenton Weston, being first duly sworn, hereby state:

**INTRODUCTION**

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machine Gun Conversion (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accountancy from Western Michigan University.

2. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal

street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, and over two hundred and twenty-five arrests.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4. The ATF is currently conducting a criminal investigation concerning Albert EGNIS, (DOB: XX/XX/1998), for violations of 18 U.S.C. §§ 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

## PROBABLE CAUSE

**Prohibited Status**

5. I was the case agent of EGNIS's previous federal investigation (21-CR-20535-02). EGNIS entered a plea of guilty to three felonies, specifically, 18 U.S.C. §922(a)(6) (False Statement and Misrepresented Identification in the Acquisition of a Firearm), 18 U.S.C. §922(a)(1)(A) (Willful Engagement in Firearms Business Without a License), and 18 U.S.C. §922(n) (Receipt of Firearm by Person Under

Indictment). On April 6, 2022, EGNIS was sentenced to 24 months of incarceration, followed by 3 years of supervised release.

6. EGNIS is therefore convicted felon and thus prohibited from possessing firearms and ammunition.

7. Because EGNIS was previously sentenced to more than one year of incarceration, I believe that EGNIS knows he has previously been convicted of a crime punishable by more than one year of incarceration.

**Shooting Incident**

8. On January 31, 2026 at approximately 4:29 AM, Detroit Police Department (DPD) was dispatched to a shots fired call at a Pizza Cat restaurant located in the Eastern District of Michigan. While on scene, no wounded individuals were identified and DPD recovered 25 9mm fired cartridge casings (FCC) outside of the Pizza Cat. All FCCs were submitted to the National Integrated Ballistic Information Network (NIBIN).

9. DPD recovered surveillance footage of the shooting and later identified EGNIS as one of the shooters.

10. I reviewed the surveillance footage and based on my previous interactions with EGNIS and conducting a comparison to a previously captured booking photo (Image 1), I recognized EGNIS as one of the shooters (see Image 2). During my review of the footage and prior to the shooting incident, I observed

EGNIS walk in front of a parked car, pull the front of his shirt up, produce a semi-automatic pistol, and point it at someone standing on the sidewalk. Next, with the firearm still in EGNIS' hand, it appeared that an individual began to shoot at EGNIS. As EGNIS began to retreat to a white Chevrolet Malibu, I observed muzzle flashes emanating from EGNIS' firearm (circled in red in Image 3) as he shot back.

<u>Image 1</u>                                                      <u>Image 2</u>




Image 3



**NIBIN**

11.     NIBIN revealed that the firearm used by EGNIS in the January 31 shooting incident is ballistically linked to a January 10, 2026 non-fatal shooting incident that occurred in Sterling Heights, MI.  A review of the related Sterling Heights Police Department report revealed several people were shot at, and at least three people were injured in the shooting. Law enforcement identified that one shooter was responsible for this incident. The shooter was driving a white Chevrolet Malibu. Multiple victims identified EGNIS as the shooter.

**Interstate Nexus**

12. On February 24, 2026, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs and provided an image of one of the FCCs recovered from the January 31, 2026 shooting scene that is ballistically linked to EGNIS's firearm, specifically a 9mm Federal Cartridge. SA Klupacs concluded that the ammunition was manufactured outside the State of Michigan.

## CONCLUSION

13. There is probable cause to believe on January 31, 2026, within the Eastern District of Michigan, Albert EGNIS, knowingly possessed ammunition in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_Kenton Weston_, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

_Kimberly G. Altman_
Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: February 26, 2026